# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | |
| | : | No. 3:19-CR-32-CAR-CHW |
| SHANA LEEANNE SMITH | : | |
| a/k/a/ AMBER PERRY | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER ON MOTION TO CONTINUE

Before the Court is Defendant Shana Leeanne Smith's Motion to Continue [Doc. 44] the pretrial hearing in this case presently scheduled for January 7, 2020, and the trial, which is set to begin on January 7, 2020, in Athens, Georgia. On July 11, 2019, the Grand Jury returned a multi-defendant indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Methamphetamine and Possession with Intent to Distribute Methamphetamine. On August 18, 2019, Defendant was appointed counsel, and on August 19, 2019, Defendant pled not guilty at her arraignment. Defendant is detained pre-trial. This case been previously continued once, and counsel for the Government does not oppose this request.

In the instant Motion, defense counsel represents that additional time is needed to receive discovery from the Government, review it, and discuss it with Defendant. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant and

1

her counsel adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Motion to Continue [Doc. 44] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until April 6, 2020, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 19th day of December, 2019.

      /s C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT